United States District Court
Southern District of Texas
**ENTERED**
August 03, 2020
David J. Bradley, Clerk

AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

| | |
|---|---|
| Michael Palma ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:20-mc-2217 |
| Harris County Appraisal District, et al ) | |
| *Defendant* ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☑ **Granted:**

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ **Granted Conditionally:**

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ **Denied:**

This application is denied for these reasons:

Date: 08/03/2020

*George C. Hanks Jr* (signature)
*Judge's signature*

George C Hanks, Jr  -  United States District Judge
*Printed name and title*